Rochester Lincoln-Mercury v. Ford        CV-99-545-M    05/10/00
                 UNITED STATES DISTRICT COURT

                    DISTRICT OF NEW HAMPSHIRE


Rochester Lincoln-Mercury, Inc.,
     Plaintiff

     v.

Ford Motor Company,
     Defendant


     AND                              Civil No. 99-545-M
                                      (Consolidated Cases)
                                      Opinion No. 2000 DNH 113

Rochester Ford Sales, Inc.
and Meredith S.Pierce, Trustee
of J. Pierce Trust,

     v.

Ford Motor Company,
     Defendant


                         **O R D E R**


     Having reviewed the defendant Ford Motor Company's motion to

dismiss the complaint filed against it by Rochester Lincoln-

Mercury, Inc. (RLM), and the parties' respective legal memoranda,

the court grants Ford's motion.

RLM sues Ford for violating the provisions of N.H. Rev. Stat. Ann. ("RSA") Ch. 357-C (the Motor Vehicle Franchise Act), which governs the business relationships among motor vehicle manufacturers, distributors, and dealers. It is clear, however, that RLM, as a prospective franchise of Ford relative to its hoped for acquisition of an available Ford franchise in Rochester, New Hampshire, lacks standing to sue under RSA Ch. 357-C. See Roberts v. General Motors Corp., 138 N.H. 532 (1994). RLM's effort to distinguish Roberts on grounds that an automobile manufacturer's current franchisees are in a substantively different position than non-franchisees when seeking to obtain additional franchises is unpersuasive. With respect to RLM's effort to acquire a Ford franchise different from the one it already owned, RLM, like others with no relationship to Ford, stood as merely a prospective franchisee. The New Hampshire Supreme Court's holding in Roberts, declaring prospective franchisees to be without standing to bring claims under RSA Ch. 357-C, is controlling and requires dismissal of RLM's complaint for lack of standing.

## Conclusion

Defendant's motion to dismiss RLM's complaint (document no. 9) is granted.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

May 10, 2000

cc:   Daniel A. Laufer, Esq.
      Peter J. Duffy, Esq.
      James E. Higgins, Esq.
      Brian R. Barrington, Esq.